**STATE of Missouri, Respondent,**

v.

**Joseph Randall ECHAVES, Appellant.**

**No. WD 75519.**

Missouri Court of Appeals,
Western District.

Nov. 5, 2013.

Damien De Loyola, Kansas City, MO, for appellant.

Richard Starnes, Jefferson City, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Mr. Joseph Echaves appeals convictions for deviate sexual assault, section 566.070, and unlawful use of a weapon, section 571.030.1(4).

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).